17

In care of"
Jameel Lockhart
7430 2nd ave.
Detroit, MI. 48202
8/25/2023

**IN THE DISTRICT COURT OF THE UNITED STATES**

**DISTRICT OF Michigan CIVIL DEPARTMENT**

Case: 2:23-cv-12180
Assigned To : Friedman, Bernard A.
Referral Judge: Altman, Kimberly G.
Assign. Date : 8/25/2023
Description: CMP JAMEEL LOCKHARD V ABDUL SHABAZZ ET AL (SS)

Jameel Lockhart ]
Plaintiff ]
v.s ]

**Demand For A Trial By Jury**

Officer Abdul Shabazz]
Judge Sean B Perkins
Zelah Williams]

Case No. 2022-SP12479893-OT
2022-SP12479891-OT
2021-SP12180722-OT
2021-SP12180721-OT
2020-SX37829611-ST
**2022-SP12479892-OT**

State Of Michigan ]
Defendant's ]

**20 MILLION DOLLAR COUNTERCLAIM UNDER 42 U.S. CODE SEC. 1983 ACTION FOR DEPRAVATION OF CIVIL RIGHTS, VIOLATION OF THE "TUCKERS ACT" CODIFIED AT 28 U.S.C. SEC. 1346 (a) AND 1491, AND VIOLATION OF THE ADMINISTRATION PROCEDURES ACT OF 1946 AT 5 USC §551 et seq. THIS CLAIM IS ALSO FOR VIOLATION OF DUE PROCESS**

[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Comes Now Plaintiff Jameel Lockhart, to file his Civil Claim. The claim is brought forward in **Common Law, "Administrative Law," "Law," "Equity," and Under the Uniform Commercial Code.** This 42 U.S. Code Sec. 1983 Civil Action Claim is for Deprivation of Civil Right Under Color of Law. This claim is for 20-Million Dollars, to revoke the state court judge's license to practice law, to be granted the Prosecutor's Assets, to be granted judgment in full to be paid collectively. The Plaintiff also demands complete control of the state court's corporate charter and to have all records of the alleged traffic infraction/arrest removed from the record including any jail time.

The plaintiff also demands the court to order the police officer not to have contact with the plaintiff without a police corporate supervisor present. If the plaintiff is involved in a traffic stop in the future, he/she demands the court to order the police corporate supervisor to be present before contact. Municipal court has no jurisdiction to make judicial determination because the court gets its jurisdiction from the city ordinance.

No corporation can legally give its self-judicial authority. It appears traffic court judge is not a real judge with legal judicial authority and is participating in the misconduct of making a legal determination as an administrative judge without jurisdiction. The plaintiff did not get a fair and impartial procedure in the municipal court or state court process. The right of any public body to determine its own rules of procedure must be exercised in conformity with existing laws. See: Heiskell v. City of Baltimore (1888}, 86 Md. 126, Atl. 116. A legislative body cannot make a rule which evades or avoids the effect of a rule prescribed by the constitution or statutes governing it, and it cannot do by indirection what it cannot do directly. See: Crawford v. l~Uchrfet (1912}, 64 P'la. 4I, SS So. 983; Can- 6etd ~. G}resham (1881), 82 Tez. 10, 17 S.W. 390; Tayloe v. Davis (1924), 212 Ala. 282, 102 90. 433 ; Brennan v. Con- Aou~ (ie~e), gar a~icn, sa, 173 N.W. sii.

**The Following Fatal Flaws Blocked Traffic Court's Jurisdiction**

1. The police officer violated the Separation Clause in the Constitution when he signed the summons (ticket) for the plaintiff to appear in court.

2. The illegal signing cause a "Due Process" violation when the court proceeded with the court processes and local rules.

3. The players in the court all have a conflict of interest because they all are being paid by the same corporation.

4. There is no injured party, and the officer violated the Constitution and therefore has no credibility to testify.

5. There is no witness.

6. Ordinances and statutes are not valid laws because they do not have the three elements the state constitution mandates must be present to be a valid law.

**Statement of Jurisdiction:**

Federal courts are authorized to hear cases brought under section 1983 pursuant to two statutory provisions: 28 U.S.C.A. § 1343(3) (1948) and 28 U.S.C.A. § 1331 (1948). The former statute permits federal district courts to hear cases involving the deprivation of civil rights, and the latter statute permits federal courts to hear all cases involving a federal question or issue. Cases brought under section 1983 may therefore be heard in federal courts by application of both jurisdictional statutes. The Cause of Action can be found at 5 USC §702.

**42 U.S. Code § 1983 - Civil Action For Deprivation Of Rights**

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

**The Tuckers Act:**

Tucker Act exposes the government to liability for certain claims. Specifically, the Act extended the original Court of Claims' jurisdiction to include claims for liquidated or unliquidated

damages arising from the Constitution (including takings claims under the Fifth Amendment), a federal statute or regulation and claims in cases not arising in tort. The relevant text of the Act is codified in 28 U.S.C. §§ 1346(a) and 1491. The Tucker Act (March 3, 1887, ch. 359, 24 Stat. 505, 28 U.S.C. § 1491) is a federal statute of the United States by which the United States government has waived its sovereign immunity with respect to lawsuits pertaining to 5th Amendment violations of due process.

**The Plaintiff Is A State Citizen Of The Republic State Of Michigan:**

The Plaintiff is a citizen of the Republic State of Michigan and as such is not subject to a corporate policies and rules without an injured party, and without an order from a judicial judge. **See: Exhibit A-** A copy of the plaintiff's affidavit of state citizenship, and a copy of his birth certificate and passport card verifying his state citizenship.**Short And Plain Statement of The Claim:**

The defendant's, acted with deliberate indifference to the Constitution and federal laws when performed an illegal traffic stop without an injured party. During that stop police officer Abdul Shabazz issues the plaintiff a traffic ticket. The police officer signed the summons as an officer of the court in violation of the "separation of the power clause in the constitution. The defendant's conspired to violate the plaintiff's right UNDER 42 U.S. CODE SEC. 1983, the plaintiff's right to due process. The defendants violated the administrative procedures act of 1946, which in short mandate that corporations and policies must be in harmony with the constitution, and federal laws. The structure of the traffic ticket R.I.C.O. scheme shows it is unconstitutional starting at the gate when the police officer illegally signs in the place of a judicial officer of the court. The officer is trained to proceed illegally and granted incentive when the officer issues a high number of illegal traffic tickets. The plaintiff has been violated by the employee enforcing the city rules, policies. Also, the plaintiff's right to due process is violated by the court's procedures and local rules. The parties in this traffic ticket scheme court have a conflict of interest because they all are being paid by the same state corporation. Municipal court has no legal judicial authority to make a legal determination in an administrative court process.

**Demand For Judgement:**

The plaintiff demands the court to grant judgment for 20- Million Dollars, in compensatory, punitive, and future damages, revoke the judge's bond and license to practice law.

**Common Law Claim Elements:**

1. Controversy (The listed defendants)

2. Specific Claim (violation of 18 U.S.C.S 1983)

3. Specific Remedy Sought by Claimant (20- Million)

4. Claim Must be Sworn To (Affidavit of Verification attached), and I will verify in open court that all herein be true.

**Article III Standing**

Plaintiff has Article III standing when he shows: (1) an injury in fact, (2) causation, (3) and redressability. The plaintiff will meet the constitutional standing requirements, necessary to suing a state agency under the APA. Plaintiff will show he was injured, and the injury is linked to the defendant's conduct while performing employee duties outlined by the state corporation. The injury was caused by the unconstitutional policing, court procedures and processes, the injury is capable of redress under the civil rights laws. The plaintiff also has an interest within the "zone of interests" protected by federal law governing the agency's actions.

**Remedy:**

Every system of civilized law must have two characteristics: Remedy and Recourse. Remedy is a way to get out from under that law, and you recover your loss. The Common Law, the Law Merchants, and even the Uniform Commercial Code all have remedy and recourse. The Remedy and Recourse are found in the UCC. They are found right in the first volume, at 1-308 (old 1-207) and 1-103.

**Recourse:**

Recourse appears in the Uniform Commercial Code at 1-103.6, which says: The Code is complimentary to the Common Law, which remains in force, except were displaced by the code.

A statute should be construed in harmony with the Common Law unless there is a clear legislative intent to abrogate the Common Law. The plaintiff is a 'State" citizen of the Republic State of Michigan, and therefore not therefore subject to the state court's statutory jurisdiction without an injured party.

**The Defendant's Liability:**

Plaintiff will prove that an **"actions pursuant to official agency policy"** caused his injuries). The Supreme Court has emphasized that "[w]here a plaintiff claims that the agency . . . has caused an employee to [violate plaintiff's constitutional rights], rigorous standards of culpability and causation must be applied to ensure that the agency is not held liable solely for the actions of its employee." *Brown,* 520 U.S. at 405.

Judge Sean B. Perkins, and Officer Abdul Shabazz - official's (the defendant's), through the official own individual actions, have violated the Constitution." *Ashcroft v. Iqbal,* 129 S. Ct. 1937, 1948 (2009); *see also Starr v.Baca*, No. 09-55233, --- F.3d ---, 2011 WL 2988827, at *2-*3 (9th Cir. July 25, 2011). The constitutional deprivation the plaintiff suffered was the product of a policy or custom of the local governmental unit because an agency's liability must rest on the actions of the agency, and not the actions of the employees of the agency. *See Brown*, 520 U.S. at 403; *City of Canton*, 489 U.S. at 385; *Monell*, 436 U.S. at 690-91; *Fogel*, 531 F.3d at 834; *Webb*, 330 F.3d at 1164; *Gibson*, 290 F.3d at 1187; *Hopper*, 241 F.3d at 1082; *Blair v. City of Pomona*, 223 F.3d 1074, 1079 (9th Cir. 2000); *Oviatt v. Pearce*, 954 F.2d 1470, 1473-74 (9th Cir. 1992). *See also Connick v. Thompson*, 131 S. Ct. 1350, 1359 (2011) 4,

**Policies**

"Official agency's policy includes the decisions of a government's lawmakers, the acts of its policymaking officials, and practices as persistent and widespread as to practically have the force of law." *Connick v. Thompson*, 131 S. Ct. 1350, 1359 (2011).

**Agency's Customs**

The plaintiff will establish the agency's liability upon a showing that there is a permanent and well-settled practice by the agency which gave rise to the alleged constitutional violation. *See City of St. Louis v. Praprotnik*, 485 U.S. 112, 127 (1988); *Navarro v. Block*, 72 F.3d 712, 714-15

(9th Cir. 1996); *Thompson v. City of Los Angeles*, 885 F.2d 1439, 1444 (9th Cir. 1989), *overruled on other grounds by Bull v. City & County of San Francisco*, 595 F.3d 964 (9th Cir. 2010). Once the plaintiff, has demonstrated that a custom exists, the plaintiff need not also demonstrate that "official policy-makers had actual knowledge of the practice at issue." *Navarro*, 72 F.3d at 714-15; *Thompson*, 885 F.2d at 1444.

**Pleading Standard**

There is no heightened pleading standard with respect to the "policy or custom" requirement of demonstrating agency's liability. *See Leatherman v. Tarrant County Narcotics Intelligence & Coordination Unit*, 507 U.S. 163, 167-68 (1993); *see also Empress LLC v. City of San Francisco*, 419 F.3d 1052, 1055 (9th Cir. 2005); *Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1124 (9th Cir. 2002); *Lee v. City of Los Angeles*, 250 F.3d 668, 679-80 (9th Cir. 2001); *Evans v. McKay*, 869 F.2d 1341, 1349 (9th Cir. 1989).

**Acting under Color of State Law**

The question of whether a person who has allegedly caused a constitutional injury was acting under color of state law is a factual determination. *See Brunette v. Humane Soc'y of Ventura County*, 294 F.3d 1205, 1209 (9th Cir. 2002); *Gritchen v. Collier*, 254 F.3d 807, 813 (9th Cir. 2001); *Lopez v. Dep't of Health Servs.*, 939 F.2d 881, 883 (9th Cir. 1991) (per curiam); *Howerton v. Gabica*, 708 F.2d 380, 383 (9th Cir. 1983). A defendant has acted under color of state law where he or she has "exercised power 'possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law.'" *West v. Atkins*, 487 U.S. 42, 49 (1988) (quoting *United States v. Classic*, 313 U.S. 299, 326 (1941)); *see also Polk County v. Dodson*, 454 U.S. 312, 317-18 (1981); *Anderson v. Warner*, 451 F.3d 1063, 1068 (9th Cir. 2006); *McDade v. West*, 223 F.3d 1135, 1139-40 (9th Cir. 2000); *Johnson v. Knowles*, 113 F.3d 1114, 1117 (9th Cir. 1997); *Vang v. Xiong*, 944 F.2d 476, 479 (9th Cir. 1991); *see also Florer v. Congregation Pidyon Shevuyim, N.A.*, 639 F.3d 916, 922 (9th Cir. 2011).

"Actions taken pursuant to a agency's rules or policies are made 'under color of state law.'" *See Coral Constr. Co. v. King County*, 941 F.2d 910, 926 (9th Cir. 1991). Even if the deprivation represents an abuse of authority or lies outside the authority of the official, if the official is acting within the scope of his or her employment, the person is still acting under color of state law. *See*

*Anderson*, 451 F.3d at 1068-69; *McDade*, 223 F.3d at 1140; *Shah v. County of Los Angeles*, 797 F.2d 743, 746 (9th Cir. 1986). However, "[i]f a government officer does not act within [the] scope of employment or under the color of state law, then that government officer acts as a private citizen." *See Van Ort v. Estate of Stanewich*, 92 F.3d 831, 835 (9th Cir. 1996) (finding no action under color of state law where a police officer returned to a home where a search had taken place the day before, forced his way in, and tortured the two people residing in the home); *see also Gritchen*, 254 F.3d at 812-13; *Huffman v. County of Los Angeles*, 147 F.3d 1054, 1058 (9th Cir. 1998); *Johnson*, 113 F.3d at 1117-18.

**Affirmative Cause Link**

Plaintiff has established an affirmative causal link between the agency's policy or practice and the alleged constitutional violation. *See City of Canton, Ohio v. Harris*, 489 U.S. 378, 385, 391-92 (1989); *Van Ort v. Estate of Stanewich*, 92 F.3d 831, 835 (9th Cir. 1996); *Oviatt v. Pearce*, 954 F.2d 1470, 1473-74 (9th Cir. 1992).

**The Administrative Procedures Act. Of 1946**

The defendants violated The "ADMINISTRATIVE PROCEDURES ACT AT 5 USC §551 et seq. (1946). This Federal Law was "Enacted" into law in 1946, and the key to this law is it states the governments administrative policies must be in harmony with the Constitution. The administrative procedures act mandates in part "non-legislative rules" such as guidance, guidelines, agency staff manuals, staff instructions, opinion letters, and press releases are called "statements of policy" or "guidance." (The two terms are not synonyms, only closely correlated: statements of policy are almost always issued in documents classified as guidance, and guidance documents to the public often include statements of policy.) Guidance and statements of policy are not legally binding on the public because they have not gone through the required procedures to become "legislative" regulations binding on the public (depending on the rule, hearing, notice, comment, publication). However, when stated in mandatory language, they can bind the agency itself. They have only a hortatory effect on the public, the plaintiff is challenging the court's (agency's) right to enforce their policy (statute) statement or guidance rules on a state citizen without jurisdiction, an injured party, due process and without an order from a judicial judge.

The fact the police ticketing process is structured in violation of the rights of state citizens is a clear showing the process is not structured to be constitutional, and clearly is in violation, of the administrative procedures act as the agency's policies and rules violate the constitution.
The plaintiff demands a Judicial review of the defendant's misconduct for abuse of discretion, as authorized by the US Administrative Procedures Act. of 1946.

**Parties- Corporations**

a. Judge Sean B. Perkins is a resident of the court's jurisdiction.

b. Officer Abdul Shabazz is doing business in the court's jurisdiction.

c. The Officer's Bond Insurance.

**Negligence:**

a. The defendant breached the duty of care owed when issuing a summons without an injured party.

b. The defendant also violated the separation clause in the constitution when he signed the summons to appear on behalf of the judicial officer of the court.

c. The police department's normal everyday procedures are clearly in violation of the rights of citizens.

d. The breach of duty caused by the defendant's caused Jameel Lockhart to suffer substantial damages including past and future legal expenses, past and future economic loss.

c. At all times relevant the defendants were acting in the scope of their employment with the police department and the state corporation.

d. Pursuant to the Tucker Act. the court waives immunity for employees violating the rights of state citizens.

e. The defendant's violated the plaintiff's 5th amendment right to due process.

**Claims:**

**1st Claim-**

Violation of 42 U.S.C. Sec. 1983

**2nd Claim-**

Violation of the Administrative Procedures Act. Of 1946.

**3rd Claim-**

Violation of the plaintiff's right to Due Process Under the 5th Amendment.

**4th Claim-**

Violation of the Tucker's ACT

**Damages:**

1. Plaintiff adopts and incorporates by reference is fully set forth herein the document.

2. As a direct and proximate result of the afore-mentioned acts and/or omissions of the defendants, plaintiff is entitled to recover damages. The damages for which Plaintiff seeks compensation for from the defendants, both jointly and severally, include but are not limited to, the following:

a. Physical, mental, and emotional pain, and suffering of Jameel Lockhart.

b. Punitive damages.

c. All costs, including any and all discretionary costs.

e. The jury be impaneled to try all, and issues joined in the case.

**WHEREFORE**, Plaintiff Jameel Lockhart, request the following

a. That the court enter a judgment in favor of the plaintiff, and against the defendants on all counts of the Complaint:

b. That the court award compensatory damages in **Gold** to plaintiff, and against the defendants jointly and severally, in an amount to be determined at trial:

c. That the court award punitive damages to the plaintiff, and against the defendants, jointly and severally, in an amount to determine at trial in order that such award will deter similar proscribed conduct by the defendants in the future;

d. That the court award the plaintiff, and against the defendants, prejudgment and post-judgment interest on all sums awarded in this action, and including reasonable legal fees, pursuant to 42.U.S.C. Sec. 1988: and

e. The court award control of the court's corporate charter to the plaintiff and order the court to add the plaintiff to Their Board of Directors.

f. Order the court corporation to allow plaintiff to have a vote in any manners concerning administrative operations.

e. That the court grant the plaintiff such other equitable relief that the court deems appropriate.

**Demand For A Trial By Jury**

Comes Now, the plaintiff, and hereby demands jury trial on all issues so triable to a jury.

Date: 8/25/2023

Jameel Lockhart

Without Prejudice UCC 1-308

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th th day of August 2023, the foregoing document was filed in Court, and a copy was served on the parties below.

[signature] Date: 8/25/2023

Jameel Lockhart

Without Prejudice UCC 1-308

Jameel Lockhart **Permanent Address:**

Rural Route Delivery

7430 2nd ave

Detroit, Michigan. 00000

Mailed to the following:

Judge Sean B. Perkins
421 Madison st
Detroit, MI 48226

**AFFIDAVIT OF Jameel Lockhart**

**STATE OF Michigan**

**COUNTY OF Wayne**

I, the Affiant, who goes by a man, being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of Michigan, in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and say: The above mentioned case must be transferred in the interest of justice. Other state court judges are participating in the same misconduct and therefore the defendant cannot get a fair and impartial trial in the state court.

FURTHER AFFIANT SAITH NOT.

I declare under the penalty of bearing false witness before God and as recognized under the laws in and for The State of Michigan the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that Jameel Lockhart, executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.

Done this 25th day of ~~July~~ August in the year 2023, under penalty of perjury under the laws of the United States of America. J.L

Jameel Lockhart

SUBSCRIBED AND SWORN to this 25 day of, August 2023.

Notary Public; in and for Macomb.

DESHANNON HENRY
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires Sept. 25, 2027
Acting in the County of Wayne

In care of"

Jameel Lockhart

7430 2nd ave

Detroit MI 48202

06/09/2023

**IN THE EASTERN DISTRICT COURT OF THE UNITED STATES**

**DISTRICT OF Michigan CIVIL DEPARTMENT**

Jameel Lockhart ]

Plaintiff ]

v.s ]

Judge Sean B. Perkins ] Case No. 2022-SP12479893-OT

Abdul Shabazz 2022-SP12479891-OT

Defendants 2021-SP12180722-OT

2021-SP12180721-OT

2020-SX37829611-ST

**2022-SP12479892-OT**

**MOTION FOR DISCOVERY CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C §1983**

COMES Now, Jameel Lockhart, Pro Per, a resident of the State of Michigan, files this Motion For Discovery in the instant cause, in accordance with Rule 26 of the Federal Rules of Civil Procedure. The power to issue Subpoenas Duces Tecum is also moved herein.

ITEM # DESCRIPTION

1. ................................................Copies of all work product regarding Cases of Plaintiff

2.................................................Copies of all emails and communications between the prosecutors and the police officer and or police supervisors pertaining to this case.

3................................................ Copies of communication between the defendants and the court clerk pertaining to the state illegal traffic stop.

4........................................The original summons illegally signed by the police officer.

5........................................ A certified copy of the police officer's bond and insurance information.

6........................................ The state bond and insurance information.

7.................................. Verification to prove the prosecutor who filed the traffic complaint is registered with the National Attorney General as a foreign agent.

8........................................ Certified copies of the defendant's IRS 8883 Asset Allocations Statement Under Section 338.

9........................................ Certified Asset Acquisition Statement Under Section 1060 of the IRS code.

10........................................Certified copies of the defendant's IRS statement showing the above-mentioned IRS forms for the last 2-yrs.

Jameel Lockhart

Date: 8/25/2023

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Jameel Lockhart

**DEFENDANTS** Sean B. Perkins, Abdul Shabazz, Zelah Williams

**(b)** County of Residence of First Listed Plaintiff ______
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant ______
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

UMU

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: Violation of Due Process

Brief description of cause: Violation of constitutional rights

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☐ Yes
☑ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes
☐ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

Notes :